IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN BROWN,** | : | |
| Plaintiff | : | |
| | : | No. 1:21-cv-612 |
| v. | : | |
| | : | (Judge Rambo) |
| **KEVIN KAUFFMAN,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 8th day of December 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 14) is **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff may file an amended complaint within thirty days of the date of this order to cure the deficiencies identified in the court's memorandum opinion. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure;

4. The Clerk of Court is directed to mail a civil rights complaint form to Plaintiff;

5. If Plaintiff does not file an amended complaint by the above deadline, this case shall be dismissed with prejudice for the reasons stated in the accompanying memorandum.

                                    s/ Sylvia H. Rambo
                               United States District Judge